| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Heston, Mary J. | 2. Court or Organization US Bankruptcy Court, Western District of Washington | 3. Date of Report 10/17/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Union Station
1717 Pacific Ave #2100
Tacoma, WA 98402-3233

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Administrator of Estate #1 | Estate of Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Lane Powell PC 401K Profit Sharing Plan with former law firm, Managed by Wells Fargo (employment terminated on January30, 2017) |
| 2. | 2016 | Shareholdings in Lane Powell PC, prior employer (paid out in March 2017) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Net Salary from former law firm, Lane Powell PC (for period of 1/1/17 to 1/31/17 prior to starting as judge) | $17,920.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 9-12,2017 | Washington DC | To Attend Meeting of Fellows, Participate in Pro Bono and Bankruptcy Judges Committee | Meals, transportation and hotel |
| 2. | Northwest Bankruptcy Insitute | April 7-8, 2017 | Vancouver, WA | To Speak at seminar sponsored by Washington and Oregon State Bars | Hotel and tuition |
| 3. | Eastern District of Washington, Federal Bankruptcy Bar Association | June 15-18, 2017 | Winthrop, WA | To speak at seminar sponsored by federal bar association | Hotel, transportion and tuition |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Heston, Mary J. | 10/17/2019 |

| 4. | National Conference of Bankruptcy Judges | October 8-11, 2017 | Las Vegas, NV. | To attend meetings and educationconference sponsored by NCBJ | Hotel for two nights |
|---|---|---|---|---|---|
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | American Express | Credit Cards | K |
| 2. | JP Morgan Chase | Credit Cards | K |
| 3. | Hilton Grand Vacation Club | Loan for Vacation Club | K |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. slkjMerrill Lynch Cash Management Account (H) | | | | | | | | | |
| 2. ISHARES MSCI CDA ETF | | None | J | T | Buy | 07/12/17 | J | | |
| 3. ISAHRES MSCI SWITZERLAND | | None | J | T | Buy | 07/12/17 | J | | |
| 4. ISHARES MSCI SWEDEN | | None | J | T | Buy | 07/12/17 | J | | |
| 5. ISHARES MSCI PACIFIC | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 6. ISHARES MSCI IBOXX $ | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 7. ISHARES TIPS | | None | J | T | Buy | 07/12/17 | J | | |
| 8. ISHARES 3-7 YEAR | | None | K | T | Buy | 07/12/17 | J | | |
| 9. ISHARES MBS ETF | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 10. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 11. ISHARES IBOXX$ HIGH YIELD | | None | J | T | Buy | 07/12/17 | J | | |
| 12. ISHARES MSCI EUROZONE | | None | K | T | Buy | 10/24/17 | K | | |
| 13. | | | | | Buy (add'l) | 12/05/17 | K | | |
| 14. ISHARES MSCI JAPAN ETF | | None | K | T | Buy | 07/12/17 | K | | |
| 15. ISHARES MSCI U K ETF SHS | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 16. ISHARES INC CORE MSCI | B | Dividend | L | T | Buy | 07/12/17 | L | | |
| 17. POWERSHARES EM SOVEREIGN | A | Dividend | J | T | Buy | 07/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 10/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. POWERSHARES PREFERRED | | None | J | T | Buy | 07/12/17 | J | | |
| 19. VANECK VECTORS JP | | None | J | T | Buy | 07/12/17 | J | | |
| 20. VANGUARD SMALL CAP VALUE | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 21. VANGUARD SMALL CAP | | None | K | T | Buy | 07/12/17 | K | | |
| 22. VANGUARD VALUE ETF | B | Dividend | M | T | Buy | 07/12/17 | M | | |
| 23. VANGAURD GROWTH ETF | A | Dividend | M | T | Buy | 07/12/17 | M | | |
| 24. VANGUARD INTERMEDIATE | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 25. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 26. VANGUARD SHORT TERM BOND | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 27. Estate #1 Bank Account Well Fargo | A | Interest | J | T | | | | | |
| 28. Estate #1 Met Life Shares | A | Int./Div. | J | T | | | | | |
| 29. Shareholder interest in Lane Powell PC, former firm | | | | | Redemption | 2/23/17 | L | B | |
| 30. American Funds American Balanced R6 | | | | | Sell | 6/30/17 | M | D | |
| 31. JP Morgan Large Cap Growth R6 | | | | | Sell | 6/30/17 | O | G | |
| 32. WF/Blackrock S&P MidCap Index CIT N | | | | | Sell | 6/30/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 10/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII NOTES.

| Name of Person Reporting | Date of Report |
|---|---|
| Heston, Mary J. | 10/17/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary J. Heston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544